In the United States
District Court Southern
District of Jackson.

cv. Docket:

Quincey B. Carpenter
v
State of Miss,
Gov. of the State



1:25cv315 HSO-BWR

### Complaint
Civil Rights 42 section 1983
pursuant 1st Amend. U.S. Constit.
"Petition the Court Redress of Griev."
"14th Amend. U.S. Constit. "Due
process of Law"

### I.
#### Parties

Plaintiff: Quincey Bernard Carpenter, Age 54, Resident of the State of Miss, city of Jackson, 3310 Rickay Dr, Jxn, MS 39212 (601) 397-2361, currently incarcerated under the Warden, Harrison County Jail, Gulfport, MS

Defendant: Gov. of the State of Mississippi, Chief Exec., having no Qualified Immunity in suit seeking redress of United State Constitutional Rights my official of the Exec. branch of State, Gov., specifically, the state election Commission, on issues of the Right to Vote, a Property Rights pursuant Amends, 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 15th sec. I.

## II Jurisdiction

The Court has jurisdiction to entertain this complaint pursuant: 42 U.S.C. 1983, 1st Amend U.S. Constit. "Redress of griev. and 14th Amend U.S. Constit. "equal protection of Law and due process of Law" The Defendant has violated plaintiff's right to:

1. Vote;
2. Free association and peaceful assembly
3. Freedom of expression and free speech.

Thus denying the plaintiff equal protection of the Laws of the United States Right to vote, 13th involuntary servitude, excess bond and incarceration prior to conviction, Right to buy, sell, trade, and melitia association with false imprisonment for possession of a Fire Arm

## III Facts of the Case

In October of 2023, the plaintiff was arrested in Gulfport, MS falsely charged with disorderly conduct, Possession of controlled substance and Possession of Fire Arm by a Felon. These Actions Resulted

in: Denial of the Right to Vote
  Involuntary Servitude
  Cruel and Unusual Punishment and Excess Bond, Bail
  Irreparable injury in denial of constituti. Rights and the injury is current and ongoing

## IV Relief

Comes Now the Plaintiff, respectfully Petitions the Court for trial, and judgement Restraining the defendants conduct and, Restoration of Rights complained of herein Including the Right to Vote in the upcoming November 2025 Elections and Release from Confinement.

I declare under the penalty of perjury at Harrison County, MS the statements herein are true and correct.

Respectfully Submitted,

Quincy B. Carpenter
Quincey B. Carpenter
3310 Rickay Drive
Jackson, MS 39212
(601) 397-2361
Harrison County Jail.